UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREG BOCK,<br><br>             Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY<br><br>             Defendant. | Case No. 3:13-cv-05205<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The matter in the above entitled action having been amicably settled by and between the parties, it is hereby stipulated and agreed that such action is hereby dismissed, without costs against any party, with prejudice, and on the merits.

*[signature]*
MURPHY MCKEON P.C.
James T. Bryce, Esq.
51 Route 23 South
P.O. Box 70
Riverdale, New Jersey 07457
*Attorney for Plaintiff, Greg Bock*

/s/ Abby Sher
COZEN O'CONNOR
Abby Sher, Esq.
1900 Market Street
Philadelphia, PA 19103
*Attorney for Defendant*
*ACE American Insurance Company*

SO ORDERED:

*[signature]*